**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re** ) ) | **Chapter 11** |
| ) | |
| **ALTEGRITY, INC., et al.,** ) ) | **Case No. 15-10226 (LSS)** |
| Debtors. ) ) | **Jointly Administered** |

**AMENDED SCHEDULE H OF THE SCHEDULES OF ASSETS AND LIABILITIES FOR**

**ALTEGRITY SECURITY CONSULTING, INC.**

**Case No: 15-10232 (LSS)**

In re Altegrity, Inc., et al.                                                                                                          Case No. 15-10226 (LSS)

## UNITED STATES BANKRUPTCY COURT

**District of Delaware**

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers.

With the exception of Altegrity Holding Corp. (Case No. 15-10230), each of the Debtors in these chapter 11 cases is a guarantor of the funded debt obligations listed below (and as set forth on either Schedule D or Schedule F), in which Debtor Altegrity, Inc. is the borrower.

**SCHEDULE H CODEBTORS**

| | |
|---|---|
| Goldman Sachs Bank, USA<br>c/o Goldman, Sachs & Co.<br>Attn: Administrative Agent<br>30 Hudson Street, 5th Floor<br>Jersey City, NJ 07302 | Revolving Credit Facility due April 1, 2019 |
| Goldman Sachs Bank, USA<br>c/o Goldman, Sachs & Co.<br>Attn: Administrative Agent<br>30 Hudson Street, 5th Floor<br>Jersey City, NJ 07302 | Senior Term Loan due July 5, 2018 |

With the exception of Altegrity Holding Corp. (Case No. 15-10230) and Altegrity Acquisition Corp. (Case No. 15-10229), each of the Debtors in these chapter 11 cases is a guarantor of the funded debt obligations listed below (and as set forth on either Schedule D or Schedule F), in which, as applicable, Debtor Altegrity, Inc. is the issuer.

| | |
|---|---|
| Wilmington Trust, National Association<br>Global Capital Markets<br>Attn: Altegrity Inc., Administrator<br>50 South Sixth Street, Ste. 1290<br>Minneapolis, MN 55402 | 9.5% Senior First Lien Secured Notes due July 1, 2019 |
| U.S. Bank, National Association<br>Corporate Trust Office<br>60 Livingston Ave.<br>St. Paul, MN 55107 | Series 1 Senior Second Lien Secured 12.00% Cash Pay and 2.00% PIK Notes due July 1, 2020 |
| U.S. Bank, National Association<br>Corporate Trust Office<br>60 Livingston Ave.<br>St. Paul, MN 55107 | Series 2 Senior Second Lien Secured 10.5% Cash Pay and 2.5% PIK Notes due July 1, 2020 |
| Deutsche Bank Company Americas<br>c/o Deutsche Bank National Trust Company<br>100 Plaza One, 6th Floor<br>Mail Stop JCY03-0699<br>Jersey City, NJ 07311 | Senior Third Lien Secured 15.00% PIK Notes due July 1, 2021 |
| Delaware Trust Company<br>Attn: Corporate Trust Office<br>2711 Centerville Road<br>Wilmington, DE 19808 | 12.00% Unsecured Senior Notes due 2015 |
| Delaware Trust Company<br>Attn: Corporate Trust Office<br>2711 Centerville Road<br>Wilmington, DE 19808 | 10.50% Unsecured Senior Notes due 2015 |
| BOK Financial, N.A.<br>Attn: Corporate Trust Office<br>One Williams Center, 10SW<br>Tulsa, OK 74103 | 11.75% Unsecured Senior Subordinated Notes due 2016 |

ALTEGRITY SECURITY CONSULTING, INC.                                      Case Number:  15-10232 (LSS)

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the Authorized Signatory of ALTEGRITY SECURITY CONSULTING, INC., declare under penalty of perjury that I have read the foregoing amended schedules, and that they are true and correct to the best of my knowledge, information and belief.

**Date:**    April 22, 2015                                **Signature:**    _[signature]_

BRETT WEINBLATT, Vice President, Finance
**Name and Title**

*Penalty for making a false statement: Fine of up to $500,000, or imprisonment for up to 5 years, or both.  18 U.S.C. § 152 and 3571.*